UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| Jane Doe (a fictitious name),,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP CORP.,<br><br>    Defendants. | Civil Action No. |

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR A PROTECTIVE ORDER

Plaintiff Jane Doe hereby moves the court for permission to proceed in this action under the pseudonym, "Jane Doe," and to enter a protective order barring the disclosure of her true name or other information that identifies her family members, directly or indirectly, and requiring that any documents containing such information be redacted or filed under seal. In support of this motion, Plaintiff relies on her supporting memorandum and the record in this case and states:

1. This case arises from Plaintiff's claim for long term disability insurance benefits.

2. Plaintiff suffered a closed head injury as a result of a car accident in 2018, and has significant physical and cognitive restrictions and limitations as a result of her injury.

3. Plaintiff practiced law as a shareholder with Baker Donelson in Knoxville, Tennessee and specialized in environmental law prior to her injury, and returned to practice part-time after her injury.

1

4. Fed. R. Civ. Proc. 26(c) authorizes the Court to "make any order which justice requires to protect the party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon motion of a party.

5. Courts may "excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004).

6. Plaintiff Jane Doe fears significant embarrassment and damage to her professional reputation with colleagues and judges as well as the inability to obtain future employment in the legal field should she recover enough to work again in the future.

7. Because disclosure of her true identity would subject Jane Doe to embarrassment, and there is a strong possibility that litigating this case under her real name would impair her reputation and effectiveness with her peers, she should be allowed to proceed under a pseudonym in this litigation.

8. The Defendants in this case, Unum Life Insurance Co. of North America and Unum Group, are aware of the Plaintiff's true identity, because they can identify her claim through her claim number, identified in the complaint. Allowing her to proceed under a pseudonym will in no way deprive them of notice of this claim or prejudice them in any way in defending against these claims.

9. Allowing Plaintiff to proceed under pseudonym will in no way interfere with the public's right to follow the proceedings, which will be open to the public while maintaining the confidentiality of the Plaintiff's identity.

For the reasons articulated above as well as those contained in the memorandum of law filed in support of the instant motion which is incorporated herein by reference, plaintiff Jane

Doe respectfully requests this Court enter the Proposed Order attached granting the requested relief as stated that (a) permits the Plaintiff to proceed in this action under pseudonym "Jane Doe" and (b) bars the disclosure of Jane Doe's name or other information that identifies her directly or indirectly and (c) requires that any documents containing such information be redacted or filed under seal.

BY:

*/s/ Hudson Ellis*
Hudson T. Ellis (BPR #28330)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
FAX: (423) 634-2505
ellish@buchanandisability.com


*/s/ Kaci D. Garrabrant*
Kaci D. Garrabrant (BPR # 039026)
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)
kgarrabrant@buchanandisability.com

*/s/ Mary Elizabeth Maddox*
Mary Elizabeth Maddox
(BPR # 016576)
550 West Main Street, Suite 500
Knoxville, TN 37902
(865) 546-9321
(865)637-5349 (fax)
mmaddox@fmsllp.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this the foregoing document has been served upon all parties of interest in this case, and filing it with the Court's electronic case filing system:

>Unum Group
>By and Through Corporation Service Company
>2908 Poston Ave.
>Nashville, TN  374203
>
>Unum Life Ins. Co. of America
>By and Through the Department of Commerce and Insurance
>500 James Robertson Parkway
>Nashville, TN 37243

This the 10th day of June, 2022

>_/s/ Hudson T. Ellis_
>Hudson T. Ellis