UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY STRITTMATTER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:22-CV-00212-DCLC-DCP |
| | ) | |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP CORPORATION, | ) ) ) ) | |
| Defendants. | | |

**ORDER**

On August 2, 2022, the Court entered a scheduling order in this case setting a deadline of March 3, 2023 to file a motion for summary judgment [Doc. 15]. On October 27, 2022, Plaintiff filed a Motion for Partial Summary Judgment [Doc. 27], which she later withdrew because "Defendant informed Plaintiff … that it [was] reversing its denial and approving her claim …" [Doc. 33]. Thus, it appears to the Court that this case has been settled. But the parties have not filed any stipulation of dismissal and the case remains open on the active docket with no activity occurring.

A status conference is set on **April 12, 2023 at 1:00 p.m.** to discuss future proceedings in this case, the timing to file a stipulation of dismissal and any motion for attorney's fees. The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge