UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY STRITTMATTER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:22-CV-00212-DCLC-DCP |
| | ) | |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP CORPORATION, | ) ) ) ) | |
| Defendants. | | |

**ORDER**

The Court held a telephonic status conference in this matter on April 12, 2023. The Parties confirmed that Plaintiff's underlying claims have been resolved, and the only remaining issue is attorneys' fees. They requested additional time to attempt to resolve the fee issue before filing either a Motion for Attorneys' Fees or a Stipulation of Dismissal. Plaintiff requested up until **May 12, 2023** to file a Motion for Attorneys' Fees, or if all issues have been resolved, then file a Stipulation of Dismissal. If a motion is filed, Defendants shall have **fourteen days** from the filing of the motion to respond, and Plaintiff shall have **seven days** of the filing of the response to file a reply.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge